CHAPTER 13 PLAN    Case No. **16-81932**

Debtor(s): **Fallin, Carl Edward Sr**    SS#: **3950**    Net Monthly Earnings: $ **442.00**
SS#: _____    Number of Dependents: **0**

I. Plan Payments:

☒ Debtor(s) propose to pay direct a total of $ **433.00** ☐ weekly ☐ biweekly ☐ semi-monthly ☒ monthly into the plan; or
☐ Payroll deduction order to:

Length of plan is approximately **60** months, and the total debt to be paid through the plan is approximately $ **26,0.00.00**.

II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| Internal Revenue Service | Taxes | 4,500.00 | 80.00 |

B. Total Attorney Fee: $ **0.00** ; $ **0.00** paid pre-petition; $ to be paid at confirmation and $ per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Pay-ment to Begin |
|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| Pacific Union Financial | 320,000.00 | 2100.00 | 4/BR/4BA Home | Mortgage is current |
| Redstone Fed. Credit Union | 22,000.00 | 590.00 | 1998 Tradewind 38 FT RV | used for business + (to debtor) |
| USAA Savings Bank | 27,500.00 | 545.00 | 2004 Porsche 911 | In Possession of Son who is making the mo. payments |
| Dept. of Education Loan | 93,400.00 | 30.00 | STUDENT LOAN | Special Allowance through a STUDENT LOAN PROGRAM |

IV. Special Provisions:
☒ This is an original plan.
☐ This is an amended plan replacing plan dated _____.
☒ This plan proposes to pay unsecured creditors **100** %
☐ Other provisions:

Dated: **July 6, 2016**    /s/ Carl Edward Fallin, Sr
                           Signature of Debtor

/s/ Victor R. Spencer
Signature of Attorney    Signature of Spouse (if applicable)

Victor R. Spencer, LLC
3026 Ensley Avenue
Birmingham, AL 35208
(205) 780-3300