# Notice Recipients

District/Off: 1126–8       User: bgunter       Date Created: 7/7/2016

Case: 16–81932–CRJ13       Form ID: pdf008       Total: 13

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Michael Ford | ecf@ch13decatur.com |
| aty | Victor R Spencer | vrs_esq@bellsouth.net |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Carl Edward Fallin,, Sr. | 203 Hawks Crest Dr NW | Madison, AL 35757–7104 |
| 9055364 | Capital One | PO Box 85617P | Richmond, VA 23285 |
| 9055365 | Citii Bank | PO Box 6004 | Sioux Falls, SD 57117–6004 |
| 9055366 | Commonwealth National Bank | PO Box 2326 | Mobile, AL 36652–2326 |
| 9055367 | Dept. of Education Loan | PO Box 9635 | Wilkes Barre, PA 18773–9635 |
| 9055368 | First Bankcard | PO Box 2557 | Omaha, NE 68103–2557 |
| 9055369 | Internal Revenue Service | PO Box 931200 | Louisville, KY 40293–1200 |
| 9055370 | Pacific Union Financial | 1603 Lyndon B Johnson Fwy Ste 500 | Farmers Branch, TX 75234–6071 |
| 9055371 | Redstone Federal Credit Union | 220 Wynn Dr NW | Huntsville, AL 35893–0001 |
| 9055372 | The Exchange | PO Box 740890 | Cincinnati, OH 45274–0890 |
| 9055373 | USAA Savings Bank | PO Box 14050 | Las Vegas, NV 89114–4050 |

TOTAL: 11