AMENDED CHAPTER 13 PLAN          Case No. **16-81932**

Debtor(s): **Fallin, Carl Edward Sr**     SS#: **3950**        Net Monthly Earnings: $ **442.00**
                                          SS#:                 Number of Dependents: **0**

I. Plan Payments:

☒ Debtor(s) propose to pay direct a total of $ **433.00** ☐ weekly ☐ biweekly ☐ semi-monthly ☒ monthly into the plan; or
☐ Payroll deduction order to:

Length of plan is approximately **60** months, and the total debt to be paid through the plan is approximately $ **26,000.00**.

II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| **Internal Revenue Service** | **Taxes** | **4,500.00** | |

B. Total Attorney Fee: $ **0.00** ; $ **0.00** paid pre-petition; $ to be paid at confirmation and $ per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| **Pacific Union Financial** | 320,000.00 | 2,100.00 | **Debtor** | | | 0 | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Pay-ment to Begin |
|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **Dept. of Education** | 93,400.00 | 30.00 | **Govt. Student Loan** | **Special Allowance Program** |
| **Redstone Federal Credit Union** | 21,325.32 | 590.46 | 1998 Tradewind 38 FT. RV | Co-Debtor uses it for business |
| **USAA Savings Bank** | 27,000.00 | 545.00 | 2004 Porsche 911 | In possession of son who is making mo. pay. |
| **Commonwealth National Bank** | 160,000.00 Disputed | | Debt incurred by CEFCO, LLC. | Business debt |

IV. Special Provisions:
☐ This is an original plan.
☒ This is an amended plan replacing plan dated **July 6, 2016** .
☐ This plan proposes to pay unsecured creditors 100 %
☐ Other provisions:

Dated: **Oct.1, 2016**                         /s/ *Carl Edward Fallin, Sr*
                                               Signature of Debtor

/s/ *Victor R. Spencer*
Signature of Attorney                          Signature of Spouse (if applicable)

Victor R. Spencer, LLC
3026 Ensley Avenue
Birmingham, AL 35208
(205) 780-3300